# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-9139 FMO (PLAx) | Date | January 21, 2020 |
| Title | Pedro Hernandez v. Synchrony Bank, et al. | | |

**Present: The Honorable** Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:**     (In Chambers) Order to Show Cause Re: Filing Third Amended Complaint

Pursuant to the Court's Order of December 30, 2019, (Dkt. 52), the court granted defendants' motion to dismiss, and plaintiff was "granted until January 9, 2020, to file a Third Amended Complaint[.]" (See id. at 2). Plaintiff was "cautioned that failure to timely file a Third Amended Complaint may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order." (See id.). As of the filing date of this Order, a Third Amended Complaint has not been filed. (See, generally, Dkt.). Nor has plaintiff filed a notice that he intends to stand on his most recent complaint rather than file a Third Amended Complaint. See Edwards v. Marin Park, Inc., 356 F.3d 1058, 1065 (9th Cir. 2004) (to avoid dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, plaintiff must file an amended complaint or a notice that he will stand on the dismissed complaint). Even though plaintiff's Third Amended Complaint was due on January 9, 2020, the court will give plaintiff one final opportunity to file a Third Amended Complaint or otherwise respond. Plaintiff is again admonished to carefully consider the arguments raised by defendants in their motion to dismiss. (See Dkt. 26, Court's Order of December 30, 2019, at 1-2).

Based on the foregoing IT IS ORDERED THAT:

1. If plaintiff still wishes to pursue this action, he is granted until **February 3, 2020**, to file either a Third Amended Complaint or Notice of Intent to Stand on Second Amended Complaint ("Notice of Intent"). Plaintiff is cautioned that failure to timely file a Third Amended Complaint or Notice of Intent may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Edwards, 356 F.3d at 1065.

2. Defendants shall file their Answer to the Third Amended Complaint or a motion pursuant to Fed. R. Civ. P. 12 no later than **February 17, 2020**.

                                         Initials of Preparer     vdr