JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO HERNANDEZ, | ) | Case No. CV 18-9139 FMO (PLAx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| SYNCHRONY BANK, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of February, 2020.

                                          /s/
                                 Fernando M. Olguin
                              United States District Judge